**United States Bankruptcy Court
for the District of Columbia**

**FILED**

FEB 1 2 2008

**Clerk
U.S. Bankruptcy Court for D.C.**

In Re: Premium Escrow Services, Inc.          Case Number: 02-02358

                                    Debtor(s)    Chapter: 7

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Motion for Leave to Appeal & Notice of Appeal** in the above-caption bankruptcy case. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 115 | Motion to Remove Chief Executive Officer and Chairman of the Board of Managers | United States Trustee |
| 131 | Motion to Dismiss the United States Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board | Premium of America, LLC |
| 133 | Response | United States Trustee |
| 135 | Reply in Support of Motion to Dismiss | Premium of America, LLC |
| 137 | Order Denying Motion to Dismiss the US Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board | Signed by Judge Teel |
| **140** | **Motion for Leave to Appeal** | **Premium of America, LLC** |
| **141** | **Notice of Appeal** | **Premium of America, LLC** |
| 143 | Objection | United States Trustee |

**Other comments:**

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| Premium of America, LLC | Kevyn D. Orr<br>Beth Heifetz<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113 |
| **Appellee/Defendant** | **Attorney** |
| United States Trustee | Dennis J. Early<br>Office of the U.S. Trustee<br>115 S. Union St.<br>Suite 210, Plaza Level<br>Alexandria, VA 22314 |

By the Clerk,

Dated:        February 12, 2008

By: Aimee Mathewes
Deputy Clerk

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:                    [*Affix Label Here*]
Date Stamp:

ORDER DENYING MOTION TO DISMISS It is ORDERED that
the Motion of Premium of America, LLC to Dismiss the
U.S. Trustee's Motion to Remove Chief Executive
Officer and Chairman of the Board of Managers is
DENIED, and the proposed order below is stricken.
Dated: 01/20/2008.



S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

In re:

Premium Escrow Services, Inc.,                    Case No. 02-02358

             Debtor.                          Chapter 7

## ORDER GRANTING THE MOTION OF PREMIUM OF AMERICA, LLC TO DISMISS THE UNITED STATES TRUSTEE'S MOTION TO REMOVE CHIEF EXECUTIVE OFFICER AND CHAIRMAN OF THE BOARD OF MANAGERS

This matter came before the Court pursuant to Federal Rule of Civil Procedure 12(b)(1)

and Federal Rule of Bankruptcy Procedure 7012 upon the  Motion of Premium of America, LLC

to Dismiss (the "Motion") the United States Trustee's Motion to Remove Chief Executive

Officer and Chairman of the Board of Managers;  and, the Court (i) having reviewed the Motion

and the pleadings related thereto; and (ii) having heard the statements of counsel regarding the

relief requested at a hearing before the Court (the "Hearing"); (iii) the Court finding that (a) the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion and Hearing was

adequate under the circumstances; and (iv) the Court having determined that the relief sought in

the Motion should be granted;

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED; and the Motion of the United States Trustee to Remove Chief

Executive Officer and Chairman of the Board of Managers is DISMISSED with prejudice.

cc:

Ira C. Rigger
1501 Ivy Hill Road
Cockeysville, MD 21030

Premium Escrow Services, Inc.
1825 I Street, N.W.
Suite 400
Washington, D.C.  20006

Kevyn D. Orr, Esq.
Beth Heifetz, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113

Wendell W. Webster, Esq.
Webster, Fredrickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

Dennis J. Early, Esq.
Office of U.S. Trustee
115 S. Union St
Suite 210, Plaza Level
Alexandria, VA 22314

Steven N. Leitess, Esq.
Gordon S. Young, Esq.
Leitess Leitess Friedberg & Fedder P.C.
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD  21117

Steven H. Greenfield, Esq.
Cohen, Baldinger & Greenfield LLC
7910 Woodmount Avenue, Suite 760
Bethesda, MD  20814

Michael G. Weber, CPA
8015 Corporate Drive, Suite M
Baltimore, MD  21236

Thomas J. Dolina, Esq.
21 W. Susquehanna Avenue
Towson, MD  21204

WAI-2857933v1

**CONVERTED, APPEAL**

# U.S. Bankruptcy Court
# United States Bankruptcy Court for the District of Columbia
# (Washington, D.C.)
# Bankruptcy Petition #: 02-02358

*Assigned to:* Judge S. Martin Teel Jr.

Chapter 7

Previous chapter 11

Voluntary

No asset

*Date Filed:* 12/09/2002

*Date Converted:*
02/16/2007

*Debtor*

**Premium Escrow Services, Inc.**

1825 I Street, NW

Suite 400

Washington, DC 20006

( )

Tax id: 52-2291062

represented by **Premium Escrow
Services, Inc.**
PRO SE

*Trustee*

**Wendell W. Webster**

Webster, Fredrickson & Brackshaw

1775 K Street, NW

Suite 600

Washington, DC 20006

202-659-8510

represented by **Linda M. Correia**
Webster, Fredrickson,
Henrichsen,
Correia & Puth, P.L.L.C.
1775 K Street, N.W.,
Suite 600
Washington, DC 20006
202-659-8510
Fax : 202-659-4082
Email:
lcorreia@wfhcplaw.com

**Wendell W. Webster**
Webster, Fredrickson &
Brackshaw
1775 K Street, NW
Suite 600
Washington, DC 20006
202-659-8510
Fax : (202) 659-4082

Email: gspence@wfb-law.com

*U.S. Trustee*
**U. S. Trustee for Region Four, 11**
U. S. Trustee's Office
115 South Union St
Suite 210 Plaza Level
Alexandria, VA 22314
703-557-7183

represented by **Dennis J. Early**
Office of U.S. Trustee
115 S. Union St
Suite 210, Plaza Level
Alexandria, VA 22314
(703) 557-7183

**Dennis J. xEarly2**
U. S. Trustee's Office
115 South Union St.
Suite 210
Alexandria, VA 22314
703-557-7183
Email:
Dennis.J.Early@usdoj.gov

*U.S. Trustee*
**W. Clarkson McDow, Jr.**
U.S. Trustee
115 S. Union St., #210
Alexandria, Va 22314
( )

represented by **Dennis J. xEarly2**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 12/09/2002 | 1 | Voluntary Petition. Government Proof of Claim Deadline Set for 6/7/03 , Disclosure statement due 4/8/03 Chapter 11 Plan due 4/8/03 ( Filing Fee:$ 830.00; Receipt# 50894) (pm) (Entered: 12/09/2002) |
| 12/09/2002 | 2 | List of Creditors Holding 20 Largest Unsecured Claims filed by Steven H. Greenfeld for Debtor Premium Escrow Services, Inc. (pm) (Entered: 12/09/2002) |
| 12/09/2002 | 3 | Disclosure of Compensation Filed By Steven H. Greenfeld In the Amount of $ 0. (pm) (Entered: 12/09/2002) |
| 12/09/2002 | 4 | Motion By Debtor Premium Escrow Services, Inc. For Substantive Consolidation or In the Alternative, Joint |

|  |  | Administration of 02-2265,02-2266,02-2358 . (pm) (Entered: 12/09/2002) |
|---|---|---|
| 12/09/2002 | 5 | Motion By Debtor Beneficial Funding Corporation, Debtor Beneficial Financial Services, Inc. For Substantive Consolidation or in the Alternative Joint Administration 02-2265,02-2266,-02-2358 . (pm) (Entered: 12/09/2002) |
| 12/10/2002 | 6 | Motion By Interested Party Securities Commissioner For Substantive Consolidation or in the Alternative, Joint Administration of 02-2263,02-2264,02-2265,02-2266 and 02-2358 . (pm) (Entered: 12/10/2002) |
| 12/10/2002 | 7 | Motion By Interested Party Securities Commissioner For Joint Administration 02-2263,02-2264,02-2265,02-2266 and 02-2358 . (pm) (Entered: 12/10/2002) |
| 12/17/2002 | 9 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Alexander G. Barkan for Alexander G. and Susan Barkan. (pm) (Entered: 12/18/2002) |
| 12/17/2002 | 13 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By J. Mark Dunbar for Roger Violette. (pm) (Entered: 12/27/2002) |
| 12/18/2002 | 8 | Order Directing Debtor to File 1007 Papers, missing documents: Schedules/Statements Due 1/2/03 . <Order Mailed by BNC Within 24 Hours.> (pm) (Entered: 12/18/2002) |
| 12/20/2002 |  | First Meeting of Creditors Scheduled For 2:30 1/21/03 At 1110 Vermont Ave., NW Room 210 ; Last Day to File Proof of Claim: 5/1/03. (pm) (Entered: 12/20/2002) |
| 12/23/2002 | 10 | Order Granting [7-1] Motion For Joint Administration 02-2263,02-2264,02-2265,02-2266 and 02-2358 by Securities Commissioner. Cases 02-2265, 02-2266 and 02-2358 Are Jointly Administered. C/M 3 (kt) (Entered: 12/23/2002) |
| 12/23/2002 | 12 | Application By Debtor Beneficial Funding Corporation, Debtor Beneficial Financial Services, Inc., Debtor Premium |

| | | |
|---|---|---|
| | | Escrow Services, Inc. To Employ NobleSource, L.L.C. . (pm) (Entered: 12/27/2002) |
| 12/23/2002 | 15 | Certificate of Mailing by BNC Re: [8-1] 1007 Documents Order ; Notices Mailed By BNC on 12/20/02 (mw) (Entered: 12/31/2002) |
| 12/23/2002 | 17 | Motion By Interested Party Securities Commissioner For Relief From Stay or a ruling that the Automatic Stay is not Applicable regarding Melanie Senter Lubin v. Beneficial Assurance Ltd in the Circuit Court for Baltimore City, Case NO. 24C-02-006515, a Commissioner's State Court Proceeding . (Receipt# (fee not paid)). (ls) (Entered: 01/03/2003) |
| 12/23/2002 | 18 | Memorandum in Support By Interested Party Securities Commissioner To [17-1] Motion For Relief From Stay or a ruling that the Automatic Stay is not Applicable regarding Melanie Senter Lubin v. Beneficial Assurance Ltd in the Circuit Court for Baltimore City, Case NO. 24C-02-006515, a Commissioner's State Court Proceeding by Securities Commissioner . (ls) (Entered: 01/03/2003) |
| 12/24/2002 | 14 | Application By Debtor Premium Escrow Services, Inc. To Extend Time To File Statement of Financial Affairs, Schedules and Other Related Documents . (mw) (Entered: 12/30/2002) |
| 12/24/2002 | 11 | Notice to all Creditors of First Meeting; Date Mailed: 12/22/02 (Number Served: 4444). (pm) (Entered: 01/02/2003) |
| 12/24/2002 | 21 | Opposition/Objection By Interested Party Securities Commissioner to Application by Debtors for Authority to Employ Special Counsel. (ls) (Entered: 01/08/2003) |
| 01/02/2003 | 16 | Order Granting [14-1] Motion To Extend Time To File Statement of Financial Affairs, Schedules and Other Related Documents by Premium Escrow Services, Inc. ;Missing Documents due: 1/10/03 . C/M 2 (mw) (Entered: 01/02/2003) |
| | | |

| 01/03/2003 | 19 | Notice of Deficiency RE: [17-1] Motion For Relief From Stay or a ruling that the Automatic Stay is not Applicable regarding Melanie Senter Lubin v. Beneficial Assurance Ltd in the Circuit Court for Baltimore City, Case NO. 24C-02-006515, a Commissioner's State Court Proceeding by Securities Commissioner . Deficiency Correction Due 1/10/03 . Motion was not accompanied by proper notice or required fee. (ls) (Entered: 01/03/2003) |
| --- | --- | --- |
| 01/03/2003 | 20 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Cheryl O. Asensio for Kristy Zulka-Crespo, Personal Rep of the Estate of Alvin E. Zulka, Sr.. (ls) (Entered: 01/08/2003) |
| 01/03/2003 | 22 | Consent Motion Filed by Interested Party United States Trustee To Condition Rights of Debtor in Possession. (ls) (Entered: 01/08/2003) |
| 01/08/2003 | 24 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Marnie Simon for Eric Huck, Anthony Tarantino and T. H. E. Financial Group, Ltd. (ls) (Entered: 01/14/2003) |
| 01/09/2003 | 29 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Guy Manning for Cheryl Hallum. (ls) (Entered: 01/17/2003) |
| 01/10/2003 | 23 | Schedules A-H; no summary filed. (ls) (Entered: 01/14/2003) |
| 01/10/2003 | 25 | Statement of Financial Affairs. (ls) (Entered: 01/14/2003) |
| 01/14/2003 | 26 | Consent Order Between Interested Party United States Trustee, Debtor Premium Escrow Services, Inc. RE: [22-1] Motion To Condition Rights by United States Trustee . # of Notices 3. (ls) (Entered: 01/14/2003) |
| 01/14/2003 | | Order Denying Without Prejudice [6-1] Motion For Substantive Consolidation and Denying [7-1] Motion For Joint Administration 02-2263,02-2264,02-2265,02-2266 and 02-2358 by Securities Commissioner . C/M 3 (ls) (Entered: 01/14/2003) |

| 01/14/2003 | 27 | Memorandum Decision by Judge S. Martin Teel Re: [6-1] Motion For Substantive Consolidation or in the Alternative, Joint Administration of 02-2263,02-2264,02-2265,02-2266 and 02-2358 by Securities Commissioner, [7-1] Motion For Joint Administration 02-2263,02-2264,02-2265,02-2266 and 02-2358 by Securities Commissioner, [4-1] Motion For Substantive Consolidation or In the Alternative, Joint Administration of 02-2265,02-2266,02-2358 by Premium Escrow Services, Inc. . (ls) (Entered: 01/15/2003) |
|---|---|---|
| 01/14/2003 | 28 | Order Denying without Prejudice [6-1] Motion For Substantive Consolidation by Securities Commissioner and Denying [7-1] Motion For Joint Administration 02-2263, 02-2264, 02-2265, 02-2266 and 02-2358 by Securities Commissioner and Denying without Prejudice [4-1] Motion For Substantive Consolidation of 02-2265, 02-2266, 02-2358 by Premium Escrow Services, Inc. . C/M 3 (ls) (Entered: 01/15/2003) |
| 01/17/2003 | 30 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Cheryl Asensio for Estate of Alvin E. Zulka, Sr. (ls) (Entered: 01/21/2003) |
| 01/17/2003 | 31 | Debtor's Certification Regarding Schedules, Statements and Amended Matrix. (ls) (Entered: 01/21/2003) |
| 01/17/2003 | 32 | Summary of Schedules. (ls) (Entered: 01/21/2003) |
| 01/21/2003 | 35 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Reedy Macque Spigner for Eileen and Billy M. York. (ls) (Entered: 01/24/2003) |
| 01/21/2003 | 36 | Motion By Creditors Eileen and Billy M. York for Admittance of Reedy Macque Spigner, Pro Hac Vice . (ls) (Entered: 01/24/2003) |
| 01/22/2003 | 33 | Motion By Marnie E. Simon for the Admission Pro Hac Vice of William P. Thornton, Jr to represent Eric Huck, Anthony Tarantino and T.H.E. Financial Group, Ltd . (ls) (Entered: 01/22/2003) |
| 01/22/2003 | 34 | Motion By Marnie E. Simon for the Admission Pro Hac |

|  |  | Vice of Richard E. Fehling to represent Eric Huck, Anthony Tarantino and T.H.E. Financial Group, Ltd . (ls) (Entered: 01/22/2003) |
|---|---|---|
| 01/22/2003 | 38 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Law Offices of Ronald B. Bass for Lilian Lowrance. (pm) (Entered: 01/27/2003) |
| 01/22/2003 | 39 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Ben Steinhauser for Esther Bloodworth. (pm) (Entered: 01/28/2003) |
| 01/22/2003 | 40 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By R. Phillip Reed for Kristen Glintborg. (pm) (Entered: 01/28/2003) |
| 01/22/2003 | 42 | Letter to US Bankruptcy Court Regarding Request For A Judgment.. (kt) (Entered: 01/30/2003) |
| 01/27/2003 | 37 | Amended Matrix/Letter. Correction of Existing Creditor Address. (mw) (Entered: 01/27/2003) |
| 01/28/2003 | 44 | Letter to Judge Martin Teel, Jr. Regarding Legal Advice of Potential Creditor's Investment. (kt) (Entered: 01/30/2003) |
| 01/29/2003 | 41 | Order Denying [36-1] Motion for Admittance of Reedy Macque Spigner, Pro Hac Vice . C/M 3 (pm) (Entered: 01/29/2003) |
| 01/30/2003 | 43 | Order Striking [42-1] Letter of Roger L. Love As Procedurally Defective. C/M 3 (kt) (Entered: 01/30/2003) |
| 01/30/2003 | 45 | Order Striking [44-1] Letter of William Gardner Without Prejudice. C/M 3 (kt) (Entered: 01/30/2003) |
| 01/31/2003 | 46 | Order Denying Without Prejudice [34-1] Motion for the Admission Pro Hac Vice of Richard E. Fehling to represent Eric Huck, Anthony Tarantino and T.H.E. Financial Group, Ltd. C/M 3 (kt) (Entered: 01/31/2003) |
| 01/31/2003 | 47 | Order Denying without Prejudice [33-1] Motion for the Admission Pro Hac Vice of William P. Thornton, Jr to |

|  |  | represent Eric Huck, Anthony Tarantino and T.H.E. Financial Group, Ltd . C/M 3 (kt) (Entered: 01/31/2003) |
|---|---|---|
| 02/03/2003 | 48 | Notice of Appearance and/or Request for Addition to the Mailing Matrix Filed By Timothy P. Smith for Paul G. Hansen, TTEE and Diane N. T. Hansen, TTEE. (ls) (Entered: 02/03/2003) |
| 03/13/2003 |  | Complaint (03-10019) William Roger Bowers vs. Premium Escrow Services, Inc. . NOS 458 Approval For Sale . Receipt# 52079 (ls) (Entered: 03/14/2003) |
| 03/13/2003 |  | Complaint (03-10019) William Roger Bowers vs. Premium Escrow Services, Inc., et al. NOS 456 Declaratory Judgment . Receipt# 52079 (ls) (Entered: 03/14/2003) |
| 04/23/2003 |  | Update Deadline; Proofs of Claim Due on 5/28/03 (sm) (Entered: 04/23/2003) |
| 06/26/2003 | 49 | Order Granting Joint Administration 02-2263 and 02-2264 . Documents are to be Filed in the LEAD CASE 02-2265. C/M 5 (ls) (Entered: 06/26/2003) |
| 06/26/2003 |  | An order has been entered in this case directing the procedural consolidation and joint administration of the five cases of Beneficial Financial Services, Inc. (Case No. 02-2265); Beneficial Funding Corp (Case No. 02-2266); Premium Escrow Services, Inc (Case No. 02-2358); Beneficial Assurance Limited (Case No. 02-2263); and Beneficial Services Corp. (Case No. 02-2264) (adding an additional two cases to the three previously ordered to be jointly administered). Proofs of claim filed shall nevertheless be filed in and bear the original caption and Case Number for the case of the debtor against whose estate the claim is filed. Except proofs of claim and papers (or amended papers) filed by a debtor under F.R. Bankr. P. 1007 (the debtor's schedules, statements of financial affairs and lists), all other papers should be filed bearing a caption referring to "Beneficial Financial Services, Inc., et al., Debtors, Case No. 02-2265 (Chapter 11) (Jointly Administered)." The docket in Case No. 02-2265 should be consulted for all matters affecting the jointly administered |

| | | |
|---|---|---|
| | | cases (other than those limited papers already filed prior to the order for joint administration or required, as stated above, to be filed in the individual cases). d c (ls) (Entered: 06/26/2003) |
| 07/17/2003 | 50 | Assignment of Claim Filed By Creditor Darrel J. Ferrias in the Amount of: $ 16086.93. Claim Transferred To: John G. Hinojosa. Objection Deadline 8/6/03 . (Notice Mailed by BNC) (ls) (Entered: 07/22/2003) |
| 07/21/2003 | 52 | Assignment of Claim Filed By Creditor Edward P. Sinkovitz in the Amount of: $ 12400.00. Claim Transferred To: Steven Faus. Objection Deadline 8/10/03 . (Notice Mailed by BNC) (ls) (Entered: 07/23/2003) |
| 07/22/2003 | 51 | Notice of Deficiency RE: [50-1] Claims Assignment by John G. Hinojosa; unsigned documents. Deficiency Correction Due 7/29/03 . (ls) (Entered: 07/22/2003) |
| 07/25/2003 | 53 | Certificate of Mailing by BNC Re: [50-1] Claims Assignment of ; Notices Mailed By BNC on 7/24/03 (ls) (Entered: 07/25/2003) |
| 07/28/2003 | 54 | Certificate of Mailing by BNC Re: [52-1] Claims Assignment of ; Notices Mailed By BNC on 7/25/03 (ls) (Entered: 07/31/2003) |
| 10/03/2003 | | Disposition of Adversary (03-10019) Dismissing [1-1] Complaint NOS 456 Declaratory Judgment (sm) (Entered: 10/03/2003) |
| 10/03/2003 | | Adversary Case (03-10019) Closed. (sm) (Entered: 10/03/2003) |
| 11/19/2004 | 55 | 454 (Recover Money/Property): Complaint by Thomas C. Dame, Premium of America, LLC on behalf of Premium of America, LLC against Amscot Medical Labs, Inc., Amscot Medical Labs - Hamilton, Inc., George Kindness, Thelma G. Villanueva, Irena Sheyn. Fee Amount $150 (Attachments: # 1 Adversary Proceeding Cover Sheet) (Dame, Thomas) (Entered: 11/19/2004) |
| | | |

| | | |
|---|---|---|
| 11/19/2004 | 56 | 454 (Recover Money/Property): Complaint by Premium of America, LLC against William C. Sanchez, William C. Sanchez, M.D., P.C.. Fee Amount $150 (Attachments: # 1 Adversary Proceeding Cover Sheet) (Dame, Thomas) (Entered: 11/19/2004) |
| 08/03/2005 | 60 | Motion to Compel the Debtor to Make Payment of Quarterly Fees Owed Pursuant to 28 USC 1930(a)(6) or in the Alternative To Dismiss or Convert this Case to Chapter 7 Filed by U. S. Trustee (Attachments: # 1 order to compel# 2 order to convert# 3 order to dismiss case) (pm) Modified on 9/30/2005 (pm). (Entered: 09/30/2005) |
| 08/05/2005 | 57 | Notice of Motion to Dismiss or Convert and Notice of Hearing Hearing scheduled for 9/13/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 08/05/2005) |
| 08/07/2005 | 58 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) No. of Notices: 4702. Service Date 08/07/2005. (Admin.) (Entered: 08/08/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Richard Nelson - Moved (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Paul & Jane Overholt - RTS Attempted Not Known (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Frances Freund - Box Closed (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Brian Foss - Not Deliverable; unable to forward (ls) (Entered: 08/22/2005) |

| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearin) - Branker Robinson - RTS; Undeliverale; Unable to forward (ls) (Entered: 08/22/2005) |
|---|---|---|
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Premium Escrow Services, Inc,Good News Enterprises, Inc., Linda Beu, Shawn Nowrey, Edward Spencer, Ricky Raymond, Furney Brown, Richard Bowman, Donald Winters, David Flores, Elizabeth Flores, Francis Lang Trustee, V Dillingham, John Frost, Milinda Searcy, Forest Schoonover, Martin Dileo Sr Trustee, Frederick Urtz, Bea Reed, Anne Berry, James Furtis, Calvin & Luana Hunsinger, Robert Myers, Carl Hallberg Jr., Julia Kimpel, William Gardner Trustee, Al Paradise, Roy Coleman, Ferdinand Raasch, Barbara Stoneking, Grace Berg, Isabelle Maestas, Kenneth Clifford, Wallace Reese, Kathleen Boughner, Myrna Robert Pauhus, Jerry Brown, Margaret Bizzell, Donald McGuire, Frances Bruce, Harold Beneke Trustee, Ambrose Calcagno Jr., Martin Dileo III, Irene Solis, Doyle Pfotenhauer, Kenneth Ericksen, Cornelius Christie TTEE, Victoria and Robert Heffner, Richard Onkes, Hazel Lent, Patricia Wold, Robert Sawyer, Freida Kauffman, Denise Melling, Richard Pennington, Sandra Carlson, The Trust of Lillian Monroe, Michael Ferguson - Return to Sender, Not Deliverable as Addressed, Unable to Forward (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Terence Hivon TTEE, Anne Hennig, Aldena Hoffman, Juanita Vega, Charles Henry - Return to Sender - Forwarding Order Expired (no new address given by postal service) (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Bernadette Macey, The Gregg Martell Living Trust, Julius and Patricia Marr, Trevor Croft, Kendra Croft - Return to Sender, Attempted Not Known, Unable to Forward (ls) (Entered: 08/22/2005) |

| | | |
|---|---|---|
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Phillip Casper, Elmer Codling, Maybell Casper - Return - Undeliverable as Addressed (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing)- Harlan Montgomery Sr (deceased) and Robert Emmett Sr, Jo Patterson - No reason listed for Return to Sender (ls) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail - Lucille Mackey (new address) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (tg) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail - Edward Mandel (new address) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (tg) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail - Warren Cook (new address) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (tg) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail - E Rebecca Brown (new address) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (tg) (Entered: 08/22/2005) |
| 08/22/2005 | | Notice of Returned Mail - William Fackler (new address) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (tg) (Entered: 08/22/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Forwarding time expired; addresses updated in CM/ECF Creditor database for Domenic Tarantino; Walter Potthoff Jr; Jennie Longacre; Howard Houtz; Estate of Julia Pinkus Kanwit c/o Gregory Herman-Giddens Esq; James |

|  |  |  |
|---|---|---|
|  |  | Ream; Daryl Ammons; Terry Ammons; James Thompson; Beverly McDonald; Troy Johnson; Rita Riley; Betty Yates; Maurice Cunningham; Jean Fitzgerald; Jackie Jackson; Raymond Ahillen; H. Louise Walker; Karen Sykes; Lillian Hoffman; Mary Grace Clark; Louis Norman; Fidel Gonzalez; Carol Wood; Harold Steinhoff; Robert Morris; Donald Nicholas; Curtis Wilcox; Ichkan Trustee; and Kelly Wilcox. (ls) (Entered: 09/01/2005) |
| 09/01/2005 |  | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Forwarding Order Expired; Address updated in the CM/ECF Creditor Database for: David Renschen; Jane Aderhold TTEE; Elmer Smith; Reinhold Matay; Lucinda Wright; Karen Wells; Aileen Neiman; Carole Leach TTEE: Gregory Bryant; William Mumford; Jean Mumford; Mark Rollison; Robert Pohle; B Suzan Vail; Joseph Audi; Cheryl Hivon; Clarice Stern; David Wilson; Raymond Austin; Robert Wilkin; Joseph Kuyoth Jr; Emilie Bauten; Terence Hivon; Curtis Kiel; Frank Ramos; Marguerite Haack Trustee; Scott Munks; Paul Flores; Angela Smith; Allen Walz; Marian Patterson; William Kipper; Evangeline Clark, TTEE; Susan Dennis; James Kirby; Carla Kirby; Daryl L. & Terry F. Ammons; Jerry Hatchett; Georgia Barrick; Barbara Ann Wessol; Marilee Scholl, TTEE; Marilee Scholl; Anthony Oneto Trustee; Elaine Moreno; Earl Barrow; Violet Hinson and Carol Templeton. (ls) (Entered: 09/01/2005) |
| 09/01/2005 |  | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Undeliverable as Addressed to: Alice Ellis; Dora Cobb; George Greenland; Randy Zarecki; Letha Lane; Bartholomew OBrien;Kenneth Cenatiempo;Diana Melchert; Angela Blay; Gene & Katherine Trettin; Gene Trettin; Orville Cunningham; John Bak; Carrie Clark; Doris Peddicord; Robert Vachulka; Clarence Meier; Stuart Clark; Johnnie Smith; Dennis Radabaugh; Frank Horvath Jt, Trustee; Alice Hoffman; Howard Houtz; William Huy; Rosa Weaver; Tucker Million; Trevor Million; Kelsey Million; Jordan Archenbach; Riley Ann Achenbach; Paul Christophel; Adrienne Albers; David Stewart The LifeCare |

| | | |
|---|---|---|
| | | Group;Wayne Conners; Dawn Carpenter; Kim Barcikowski and Russel Smith. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Not Deliverable as Addressed to: Douglas Hauschild; Fern Wesemeyer; Kenneth Carlson Sr.; James Montgomery; E. Wayne Harwood; Patricia Strother; Joan Wilkerson; Roberta Corlis; Fay Okeson c/o Lynn E. ONeal; Janet Brost; Lola Belle McCall; Myra Hales; Naomi Regan; John Spradling; M. Katherine Kelly; Tamotsu Shimizu Trustee; Eleanor Defrenne; Tammy Kyle; Jean Fazekas; David Dodson; Joseph Vickers; Marjorie Rhodes; Betty Tetzlaff; James Rhodes; Erma Gill; Mary Witmer; Daniel Poletti; Kenneth Aungst; Alphonse Scalise Jr; Lawrence Kelley; and Leanne I. Peterson. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Attempted Not Known to Norma Trujillo; Allen Ducote; Jill Fahlgren; Barbara Walter; Hermentrude Faulkner; Judith Rodine, Trustee; Hallie Greenawalt; Henry & Ingrid Franz; Gary Gowen Esq Administrator; Gayla Russell; Lester Earle; Edna Brolliar; Robert Spang; Clyde Race; Clyde Race Owner; Donald Clark; William Hess; Robert Padilla; Sidney Young; Bouchard Young; Nathan Romersberger; Phillip Romserberger; James Seifert; Amrick Singh and Ravinder K. Meldhi; Careth Marsland and Marjorie Burns Irrevocable Trust.(ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Forwarding Order Expired - No new address given for: Marie Cerny; Shelby Worley; Patricia Dietz; Dorothy Medley; Opal Carroll; Penny Orr; Roland Boule; Georgia Park; Dodds Revocable Trust Virginia Dodds TTEE; Denese Flores; Christopher Clausen; Thelma Engstrand; Richard Berg; Rita Berman; Bernadette Shurman; Richard Stroeder Marie Stroeder; Stanley Skoch; Robert Gavalik; Timothy Sadler; Robert Nadeau; Stephanie L. George; Joanne Prisio; Timothy Murphy and Norma |

| | | |
|---|---|---|
| | | Anderson. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Unable to Forward/No Forwarding Order on File to Richrd McFarland; Robert Hughes; Glenn & Josephine Seeley; Edward Peterman; Ronald J. Nicastro; Wilma Mueller; Michael Bradley Jr.; Alberta Jennings; Joaquin Benitez and Cheryl Bradford. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); no reason given for returned mail of Erik Huber; Mike Petersen and Margaret Beekman. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Not deliverable/Forwarding Order Expired to Steven Leach; Harry Brule; Albert LeCompte; Margaret Stahlecker; Gary Letterle; Elroy Letterle; Patricia Toplak, TTEE; James Stevenson; William Novak; Robert Schmotzer; Louise Stevenson; Lois Gulner; and Anne Henning. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Attempted Not Known to: Jennie Wilsey; Mary Riley; Margo Ganster; Andrew Kohl; Walter Kurth; Dominick Tedesco; Sylvia Kusiak; Gerald Ferguson; Gilbert Ratcliff; Terry Rymer; Alfred Windler; Weldon Whiteley; Nancy Whiteley; Ruth Snowden; Cassandra Faber; Nathan Faber; Roger Bennett; James Butler; Sandra Evans; Paul Crapper, TTEE c/o Martha A. Davis, TTEE; Marjorie Johnson & Candace Mears; Robert Oyer; Bettye Perkins; William Barner; Gert Binning; and Adelina Noel. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Thomas Denell and Danny Baham (Vacant) and Ronald Cupp (Unclaimed). (ls) (Entered: 09/01/2005) |

| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); to Daniel Zirpel and Betty Hemperly c/o G. M. Gift (Insufficient address) and Sandra Galante and James Wright (no mail receptacle). (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from Elizabeth Bornholdt; Joseph Asselin; Betty Rohde; Mary Nelson; Henry Braun; Brian Foss; Jacqulyn Comstock; Mahendra Bhakta; Sandra Adams; Joyce Dowden; Vincent Gratti - Moved. (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from Irma Pierret; Clyde Johnson, TTEE; Synia Crum; Alan Epstein; Alan S. Epstein - Deceased (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from TMI Cust FBO WIlliam G. Harvey; Carolyn Jacques; Justine Fitzer - Insufficient Address (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); From Leland Ahlers; Thomas Paulsen; Ronald Jung - Box Closed (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from William Manke Co Trustee; Jorge Duran; Russell Whalen; Unitd Methodist Church of Barry; Andrea OMeally; Steven Stengel; Paul Bateman; Gordon Wyant; Gordon Millar; Timothy Wagner; Marcia Noyes; Donald Freeburn; Jennet Deeter; Lynn Reinoehl; Franklin Besore; Peter Mott; James Williams; Dorothea Kelley; Laura L. Merriex; and R. Conrad Schultz - No Such Number (ls) (Entered: 09/01/2005) |
| | | |

| | | |
|---|---|---|
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from William Leaman (Street and/or number has been changed); Maryland First Financial Corp as Court Appointed Receiver for Answers Care c/o Thomas C. Dane (Insufficient Address); Roma and Robert Lang (insufficient address); and Joe Gordon (no street delivery); (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); from Kathryn Sasso TTEE; Chris Charveron; and Dustin C. Hetmansperger (No forward order on file) (ls) (Entered: 09/01/2005) |
| 09/01/2005 | | Notice of Returned Mail (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing); Not Deliverable as addressed/Unable to Forward from Eleanor Eckhouse Irrevocable Living; James A. Furtis; Lilliam Lowrance c/o Ronald B. Bass; Mildred P. Allen c/o Debra L. Dysart; Debra Dysart; James M. Egbert; James Egbert; Marion Egbert; DDebra L. Dysart; Pendleton Frieberg Wils; Barry Hecht; Anne Urban; Michael Isable; Daniel Mosley; Robert Bass; Paul Fontaine; Judy Hill; Gayle DeVries; Luis Martinez; Norma Phares; Mildred Allen; Andrew Shaw; Raymond Batema Sr.; WM Otwell TTEE; Emmet Miller; Dorothy Dandurantd; John Lake; David Russell; Rangley Basham; Jeanette Baldoni CO Judy Hart; Law Offices of Ronald B. Bass Attorney for Lillian Lowrance; Phillip Heipp; Kevin Hawkins; Albert Hartman; Kerri Fontaine; Julia Kanwit; Dorothy Wacker; Stanley Hignett; Mayme Wallace; Charles Martin; Suzette Dragoo; Carolyn Garganese; Orval Buck; Hartwell Walter; Lloyd Gammon; and Ruth Yohe (ls) (Entered: 09/01/2005) |
| 09/02/2005 | | Notice of Returned Mail (Alexander Mihich, Juneann Wales, Nena A. Brannan, Timothy Theis, Thomas Black, Beatrice Hoper, and Mary Jane Hogan) (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (the mailing address for each of the above listed creditors was changed according to the forwarding address mail label). (tg) (Entered: 09/02/2005) |

| 09/12/2005 | | Notice of Returned Mail (Mark Firley, Roger Stockman TTEE and Genavie Villanti; Forwarding Addresses given by Postal Service and Updated in Creditor Matrix) Re: Related Document #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing. (ls) (Entered: 09/12/2005) |
| --- | --- | --- |
| 09/12/2005 | | Notice of Returned Mail from Linda Carey Successor TTEE and David Berggren; Attempted Not Known (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/12/2005 | | Notice of Returned Mail from Martha Harris - RTS Undeliverable; No longer at this address and Gordon Shapiro RTS Undeliverable as Addressed (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/12/2005 | | Notice of Returned Mail from James Gordon and Audie Watson JR - No forward Order on File; Unable to Forward (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/12/2005 | | Notice of Returned Mail from Beatrice Albrecht - Deceased; Gerino Astudillo - No such Number; Mark Cook - Not at this address; The Kenneth J. & Irene E. Beebe Revc. Liv. - Unable to Forward (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/12/2005 | | Notice of Returned Mail from Jack Dunphy; Rudolph Childress; Opal Childress; and Mary Barry - Forward Order Expired (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/12/2005 | | Notice of Returned Mail from Ann Anthony - RTS/Unable to forward; Kevin Rathbun; RTS/Addressee Unknown; Bernard Lassere TTEE and Willie and Dorothy Cribbs Trustees - Forward Orders Expired; Francis Kirwin Sr and Robert Murchison - Unable to Deliver without Box Number (Re: Related Document #:57 Notice of Motion to Dismiss |

| | | |
|---|---|---|
| | | or Convert and Notice of Hearing) (ls) (Entered: 09/12/2005) |
| 09/22/2005 | | Notice of Returned Mail from ROy Gill TTEE; Attempted Not Known (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail from Sharon Patenaude; Moved; Left No Address (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail from Richard Ellis - Not Deliverable as Addressed; Unable to Forward (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail from Lois Hertel - Forward Order Expired (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail from Phyllis Hanel - Attempted Not Known and Vernon Caulkins - Attempted/ New Address Given and updated (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail From Eva Kramer - RTS Undeliverable; Warrena Hewitt- Moved; No Forward Order on File (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/22/2005 | | Notice of Returned Mail from Donna McShea - Forward Order Expired; Robert Grant - New Address given and updated; Hurick Revocable Trust - RTS Forward Order Expired; Irene Molthan Trustee- Forward Order Expired; Ray Nagel - RTS/No Longer at this address; Lynda Kennedt - Forward Order Expired; Norman and Muriel Hutchinson - Attempted Not Known (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:<u>57</u> Notice of Motion to Dismiss or Convert and Notice of Hearing) (ls) (Entered: 09/22/2005) |
| 09/30/2005 | <u>59</u> | Order Terminating Joint Administration of In Re Premium Escrow Services, Inc. Case No. 02-2358, with Other Jointly Administered Cases, But Continuing Joint Administration of the Remaining Four Cases Re: (Related Document(s) #: [49] Order on Motion For Joint Administration.) Order entered on 9/30/2005. (pm) (Entered: 09/30/2005) |
| 09/30/2005 | <u>61</u> | Order Scheduling Hearing (Re: Related Document(s) #:<u>60</u> Motion to Compel, ) Hearing scheduled for 3/8/2006 at 09:30 AM Courtroom 24 <u>60</u>, . (pm) (Entered: 09/30/2005) |
| 10/02/2005 | <u>62</u> | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:<u>59</u> Order, ) No. of Notices: 4. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/02/2005 | <u>63</u> | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:<u>61</u> Hearing Scheduled) No. of Notices: 4. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/13/2005 | <u>64</u> | Notice of Change of Address Filed by Gildo Tomei; references 02-2265 and 02-2358 . (Spayd, Lisa) (Entered: 10/20/2005) |
| 02/15/2006 | <u>65</u> | Motion to Extend Time Time Period *to File Final Report*. Filed by Premium Escrow Services, Inc. (Attachments: # <u>1</u> Proposed Order) (Marino, Robert) (Entered: 02/15/2006) |
| 02/23/2006 | <u>66</u> | Order Granting Motion to Extend Time To File Final Report For A Period of 180 Days From The Date of The Entry of This Order (Related Document #: <u>65</u>) Entered on 2/23/2006. (Tyson, Katina) (Entered: 02/23/2006) |
| 02/25/2006 | <u>67</u> | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:<u>66</u> Order on Motion to Extend Time) No. of Notices: 1. Service Date 02/25/2006. (Admin.) (Entered: 02/26/2006) |
| 03/08/2006 | <u>68</u> | Hearing Continued (Re: Related Document(s) #:<u>60</u> Motion to Compel Debtor to Pay Quarterly Fees or in the |

|  |  |  |
|---|---|---|
|  |  | Alternative Motion to Dismiss Case or Convert to Chapter 7 filed by US Trustee) Hearing scheduled for 10/3/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/08/2006) |
| 03/08/2006 | 69 | Hearing Continued (Re: Related Document(s) #:60 Motion to Compel Debtor to Make Quarterly Payments or in the Alternative to Dismiss or Convert Case to Chapter 7 filed by US Trustee ) Hearing scheduled for 10/3/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/08/2006) |
| 07/17/2006 |  | Notice of Returned Mail--For Catherine Carlisi--Return to Sender; Unable to Forward. (Re: Related Document(s) #:57 Notice of Motion to Dismiss or Convert and Notice of Hearing) (Jennings, Perrin) (Entered: 07/17/2006) |
| 10/03/2006 | 70 | Hearing Continued (Re: Related Document(s) #:60 Motion to Compel the Debotr to Make Payment of Quarterly Fees Owed Pursuant to 28USC 1930(a)(6) or in the Alernative to Dismiss or Convert Case to Chapter 7 filed by US Trustee ) Hearing scheduled for 12/13/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 10/03/2006) |
| 10/19/2006 | 71 | Letter with attachments Filed by Rodney R. Thompson (Meador, Patti) (Entered: 10/24/2006) |
| 10/27/2006 | 72 | Order Striking Document #:71 (Related Document(s) #:71 Letter From Rodney R. Thompson.) Order entered on 10/27/2006. (Myers, Sally) (Entered: 10/27/2006) |
| 10/29/2006 | 73 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:72 Order Striking) No. of Notices: 1. Service Date 10/29/2006. (Admin.) (Entered: 10/29/2006) |
| 11/16/2006 |  | U. S. Trustee for Region Four rep by , Dennis J. Early , has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (Meador, Patti) (Entered: 11/16/2006) |
| 11/17/2006 | 74 | Motion to extend Time Period *Motion for Order Further Extending Time to File Final Report*. Filed by Premium Escrow Services, Inc. (Attachments: # 1 Proposed Order) (Marino, Robert) (Entered: 11/17/2006) |

| 11/22/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:74 Motion to Extend/Shorten Time) YOU HAVE UNTIL 11/27/2006 for 74, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 11/22/2006) |
| 11/29/2006 | 75 | Order Granting Motion to Extend Time to File Final Report 180 Days From 9/11/06(Related Document #: 74) Entered on 11/29/2006. (Myers, Sally) (Entered: 11/29/2006) |
| 12/01/2006 | 76 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:75 Order on Motion to Extend Time) No. of Notices: 1. Service Date 12/01/2006. (Admin.) (Entered: 12/02/2006) |
| 12/13/2006 | 77 | Hearing Continued (Re: Related Document(s) #:60 Motion to Compel the Debtor to Make Payment of Quarterly Fees Owed Pursuant to 28 US C 1930(a)(6) or in the Alternative to Dismiss or Convert Case to Chapter 7 Filed by US Trustee ) Hearing scheduled for 1/31/2007 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 12/15/2006) |
| 01/22/2007 | 78 | Motion to Approve *Report and Motion for Certain Miscellaneous Relief Pursuant to Report* Filed by Marc E. Albert (Attachments: # 1 Exhibit A) (xAlbert2, Marc) (Entered: 01/22/2007) |
| 01/23/2007 | 79 | Certificate of Service *Certificate of Mailing* Filed by Marc E. Albert. (Re: Related Document(s) #:78 Motion to Approve.) (Attachments: # 1 Mailing Matrix)(xAlbert2, Marc) (Entered: 01/23/2007) |
| 01/31/2007 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON |

| | | |
|---|---|---|
| | | THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:78 Motion to Approve) YOU HAVE UNTIL 2/3/2007 for 78, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 01/31/2007) |
| 01/31/2007 | | Hearing Continued at the Request of the Court(Re: Related Document(s) #:60 Motion to Compel, Motion to Dismiss or Convert ) Hearing scheduled for 2/14/2007 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 01/31/2007) |
| 02/01/2007 | 80 | Motion to Withdraw as Attorney *for Premium of America, LLC* Filed by Reed Smith LLP (Attachments: # 1 Proposed Order) (Marino, Robert) (Entered: 02/01/2007) |
| 02/06/2007 | 81 | Notice of Change of Address Filed by Marc E. xAlbert2 on behalf of Marc E. Albert. (xAlbert2, Marc) (Entered: 02/06/2007) |
| 02/09/2007 | 82 | Certificate of Service *Supplemental Certificate of Service* Filed by Reed Smith LLP. (Re: Related Document(s) #:80 Motion to Withdraw as Attorney.) (Marino, Robert) (Entered: 02/09/2007) |
| 02/14/2007 | 96 | Hearing Held (Re: Related Document(s) #:60 Motion to Compel Debtor to Make Payment of Quarterly Fees Owed or in the Alternative Motion to Dismiss or Convert Case to Chapter 7 Filed by US Trustee ) (Myers, Sally) (Entered: 02/26/2007) |
| 02/15/2007 | 83 | Motion to Appoint Trustee *an Order Directing Board of Managers of Premium LLC to Appoint a Succcessor Trustee and for Other Miscellaneous Relief and Notice of Deadline to Object to Motion* Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (xAlbert2, Marc) (Entered: 02/15/2007) |
| 02/15/2007 | 84 | Notice of Opportunity to Object Filed by Marc E. xAlbert2 on behalf of Marc E. Albert. (Re: Related Document(s) #:83 Motion to Appoint Trustee,.) Objections due by |

| | | |
|---|---|---|
| | | 2/26/2007. (xAlbert2, Marc) (Entered: 02/15/2007) |
| 02/15/2007 | 85 | Request to Withdraw Document Filed by Marc E. Albert. (Re: Related Document(s) #:84 Notice of Opportunity to Object (11 Days)., 83 Motion to Appoint Trustee,.) (xAlbert2, Marc) (Entered: 02/15/2007) |
| 02/15/2007 | 86 | Motion to Appoint Trustee *Motion For an Order Directing Board of Managers of the Premium LLC to Appoint a Successor Trustee and for Other Miscellaneous Relief and Notic of Deadline to Object to Motion and Notice of Hearing on Motion* Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (xAlbert2, Marc) (Entered: 02/15/2007) |
| 02/15/2007 | 87 | Notice of Opportunity to Object *Notice of Deadline to Object to Motion and Notice of Hearing on Motion* Filed by Marc E. xAlbert2 on behalf of Marc E. Albert. (Re: Related Document(s) #:86 Motion to Appoint Trustee,.) Objections due by 2/26/2007. (xAlbert2, Marc) (Entered: 02/15/2007) |
| 02/16/2007 | 88 | Order Granting Reed Smith LLP To Withdraw As Attorneys for Premium of America LLC (Related Document #: 80) Entered on 2/16/2007. (Meador, Patti) (Entered: 02/16/2007) |
| 02/16/2007 | 89 | Order Converting Case From Chapter 11 To Chapter 7. Trustee Wendell W. Webster added to the case. (Related Document(s) #:60 Motion to Compel, .) Order entered on 2/16/2007. 341(a) meeting to be held on 3/22/2007 at 10:30 AM Room 1207. Proofs of Claim due by 6/20/2007. (Meador, Patti) (Entered: 02/16/2007) |
| 02/16/2007 | | First Meeting of Creditors 341(a) meeting to be held on 3/22/2007 at 10:30 AM Room 1207. (Meador, Patti) Modified on 2/16/2007 (Meador, Patti). PLEASE DISREGARD. NO PDF (Entered: 02/16/2007) |
| 02/16/2007 | 90 | First Meeting of Creditors 341(a) meeting to be held on 3/22/2007 at 10:30 AM Room 1207. (Meador, Patti) (Entered: 02/16/2007) |
| | | |

| 02/16/2007 | 91 | First Meeting of Creditors Notice Generated and Sent to BNC (Meador, Patti) (Entered: 02/16/2007) |
| 02/18/2007 | 92 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:91 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 4693. Service Date 02/18/2007. (Admin.) (Entered: 02/19/2007) |
| 02/18/2007 | 93 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:88 Order on Motion to Withdraw as Attorney) No. of Notices: 2. Service Date 02/18/2007. (Admin.) (Entered: 02/19/2007) |
| 02/18/2007 | 94 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:89 Converting Case From Chapter 11 To Chapter 7, ) No. of Notices: 4699. Service Date 02/18/2007. (Admin.) (Entered: 02/19/2007) |
| 02/23/2007 | 95 | Application to Employ Linda M. Correia as Counsel to Trustee *Wendell W. Webster* Filed by Wendell W. Webster (Attachments: # 1 Affidavit Verified Statement of Linda M. Correia# 2 Proposed Order Approving Employment of Legal Counsel) (Webster, Wendell) (Entered: 02/23/2007) |
| 02/26/2007 | | Hearing Scheduled (Re: Related Document(s) #:86 Motion to Appoint Successor Trustee and for Other Miscellaneous Relief Filed by Marc Albert ) Hearing scheduled for 3/14/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 02/26/2007) |
| 03/06/2007 | 97 | Order Granting Motion for an Order Directing Board of Managers of Premium LLC to Appoint Successor Trustee and for Other Miscellaneous Relief. (Related Document #:86) Entered on 3/6/2007. (Myers, Sally) (Entered: 03/06/2007) |
| 03/06/2007 | 98 | Order Granting Application to Employ Linda Correia and the Firm of Webster, Fredrickson & Brackshaw to Represent the Trustee (Related Document #: 95) Entered on 3/6/2007. (Myers, Sally) (Entered: 03/06/2007) |
| 03/08/2007 | 99 | BNC Certificate of Mailing - PDF Document. (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:97 Order on Motion to Appoint Trustee) No. of Notices: 5. Service Date 03/08/2007. (Admin.) (Entered: 03/09/2007) |
| 03/08/2007 | 100 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:98 Order on Application to Employ) No. of Notices: 2. Service Date 03/08/2007. (Admin.) (Entered: 03/09/2007) |
| 03/15/2007 | 101 | Motion for 2004 Examination *of Ira C. Rigger* Filed by W. Clarkson McDow Jr. (Attachments: # 1 Proposed Order) (xEarly2, Dennis) (Entered: 03/15/2007) |
| 03/16/2007 | 102 | Motion to Appoint Trustee */Approving Appointment of Successor Trustee for Premium Liquidating Trust* Filed by Premium, LLC (Attachments: # 1 Exhibit A# 2 Proposed Order) (Foley, Scott) (Entered: 03/16/2007) |
| 03/16/2007 | 103 | Notice of Opportunity to Object *to Motion for Order Approving Appointment of Successor Trustee for Premium Liquidating Trust Nunc Pro Tunc* Filed by Scott W Foley on behalf of Premium, LLC. (Re: Related Document(s) #:102 Motion to Appoint Trustee.) Objections due by 3/27/2007. (Foley, Scott) (Entered: 03/16/2007) |
| 03/16/2007 | 104 | Notice of Appearance and Request for Notice Filed by Scott W Foley on behalf of Premium, LLC. (Foley, Scott) (Entered: 03/16/2007) |
| 03/19/2007 | | Notice of Returned Mail (Re: Related Document(s) #:89 Converting Case From Chapter 11 To Chapter 7, ). For Guy Rundio; Return to Sender, Deceased. (Mathewes, Aimee) (Entered: 03/26/2007) |
| 03/20/2007 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:102 Motion to Appoint Trustee) YOU HAVE UNTIL 3/23/2007 |

| | | |
|---|---|---|
| | | for 102, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 03/20/2007) |
| 03/22/2007 | 105 | Order Granting Motion for 2004 Examination and Directing Ira C. Rigger to Appear on 4/11/07 at 10:00 AM or Such Other Date and Time Agreeable to the United States Trustee.(Related Document #: 101) Entered on 3/22/2007. (Myers, Sally) (Entered: 03/22/2007) |
| 03/24/2007 | 106 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:105 Order on Motion for Examination) No. of Notices: 2. Service Date 03/24/2007. (Admin.) (Entered: 03/25/2007) |
| 04/02/2007 | | Notice of Returned Mail (Re: Related Document(s) #:89 Converting Case From Chapter 11 To Chapter 7, )Randall Leehan - Return to sender. (Robinson, Terri) (Entered: 04/06/2007) |
| 04/10/2007 | 107 | Order Granting Motion to Appoint Trustee. Michael G Weber Appointed as Successor Trustee to the Premium Liquidating Trust NUNC PRO TUNC to 2/21/07 (Related Document #: 102) Entered on 4/10/2007. (Myers, Sally) Modified on 4/10/2007 CORRECTIVE ENTRY: TO CORRECT SPELLING(Myers, Sally). (Entered: 04/10/2007) |
| 04/12/2007 | 108 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:107 Order on Motion to Appoint Trustee, ) No. of Notices: 1. Service Date 04/12/2007. (Admin.) (Entered: 04/13/2007) |
| 04/13/2007 | 109 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by Diane N. T. Hansen , Paul G. Hansen . (Jackson, Renee) (Entered: 04/18/2007) |
| 04/18/2007 | | Notice of Returned Mail (Re: Related Document(s) #: First Meeting of Creditors)Adelina Noel - Return to sender not deliverable as addressed unable to forward. (Robinson, Terri) (Entered: 04/19/2007) |
| | | |

| | | |
|---|---|---|
| 06/06/2007 | [110](#) | Motion for 2004 Examination *of Robert J. Delcollo, Together With Praecipe Pursuant to Local Rule 2004-1* Filed by W. Clarkson McDow Jr. (Attachments: # [1](#) Proposed Order) (xEarly2, Dennis) (Entered: 06/06/2007) |
| 06/14/2007 | [111](#) | Order Granting Motion for 2004 Examination of Robert J. Delcollo.(Related Document #: [110](#)) Entered on 6/14/2007. (Myers, Sally) (Entered: 06/14/2007) |
| 06/16/2007 | [112](#) | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:[111](#) Order on Motion for Examination) No. of Notices: 2. Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 07/12/2007 | | Notice of Returned Mail (Re: Related Document(s) #:[91](#) First Meeting of Creditors Notice Generated and Sent to BNC). For Norma Phares; Return to Sender, Not Deliverable as Addressed, Unable to Forward. (Mathewes, Aimee) (Entered: 07/13/2007) |
| 07/26/2007 | [113](#) | Notice of Appearance and Request for Notice Filed by Gordon S. Young on behalf of Premium of America, LLC. (Young, Gordon) (Entered: 07/26/2007) |
| 09/15/2007 | [114](#) | Transcript of Hearing Held 2/14/07 (Myers, Sally) (Entered: 09/15/2007) |
| 11/15/2007 | [115](#) | Motion to Remove Professional *Chief Executive Officer and Chairman of the Board of Managers* Filed by W. Clarkson McDow Jr. (Attachments: # [1](#) Proposed Order # [2](#) Exhibit 1# [3](#) Exhibit 2# [4](#) Exhibit 3# [5](#) Exhibit 4) (xEarly2, Dennis) (Entered: 11/15/2007) |
| 11/15/2007 | [116](#) | Notice of Opportunity to Object Filed by Dennis J. xEarly2 on behalf of W. Clarkson McDow Jr.. (Re: Related Document(s) #:[115](#) Motion to Remove Professional.) Objections due by 12/5/2007 for [115](#),. (xEarly2, Dennis) (Entered: 11/15/2007) |
| 11/15/2007 | [117](#) | Notice of Hearing Scheduled for 01/23/08. Filed by Dennis J. xEarly2 on behalf of W. Clarkson McDow Jr.. (Re: Related Document(s) #:[115](#) Motion to Remove |

| | | |
|---|---|---|
| | | Professional.) (xEarly2, Dennis) (Entered: 11/15/2007) |
| 11/16/2007 | 118 | Exhibit 5 Filed by W. Clarkson McDow Jr.. (Re: Related Document(s) #:115 Motion to Remove Professional.) (Attachments: # 1 Exhibit 5a# 2 Exhibit 5b# 3 Exhibit 5c# 4 Exhibit 5d# 5 Exhibit 5e# 6 Exhibit 5f)(xEarly2, Dennis) (Entered: 11/16/2007) |
| 11/16/2007 | | Hearing Scheduled (Re: Related Document(s) #:115 Motion to Remove Professional Filed by US Trustee) Hearing scheduled for 1/23/2008 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 11/16/2007) |
| 11/21/2007 | 119 | Notice of Appearance and Request to Add Attorney Filed by Kevyn D. Orr on behalf of Premium of America, LLC. (Mathewes, Aimee) (Entered: 11/23/2007) |
| 12/12/2007 | 120 | Notice Withdrawing the Appearance of Filed by Scott W Foley on behalf of Premium of America, LLC. (Foley, Scott) (Entered: 12/12/2007) |
| 12/13/2007 | 121 | Motion Seeking Leave to File in Paper Format Filed by Premium of America, LLC (Attachments: # 1 Proposed Order) (Mathewes, Aimee) (Entered: 12/14/2007) |
| 12/13/2007 | 122 | Consented Motion for Extension of Time Nunc Pro Tunc. Filed by Premium of America, LLC (Re: Related Document(s) #:115 Motion to Remove Professional.) (Attachments: # 1 Proposed Order) (Mathewes, Aimee) (Entered: 12/14/2007) |
| 12/14/2007 | 123 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:122 Motion to Extend/Shorten Time, 121 Motion for Leave) Deficient Pleading (s)/Document(s) due by 12/21/2007. (Mathewes, Aimee) (Entered: 12/14/2007) |
| 12/14/2007 | 124 | Certificate of Service Filed by the Clerk's Office. (Re: Related Document(s) #:123 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Mathewes, Aimee) (Entered: 12/14/2007) |

| | | |
|---|---|---|
| 12/17/2007 | 125 | Order Granting Motion for Leave to File in Paper Format (Related Document #: 121) Entered on 12/17/2007. (Myers, Sally) (Entered: 12/17/2007) |
| 12/17/2007 | 126 | Order Granting Consented Motion to Extend Time NUNC PRO TUNC To Respond to the US Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board of Mangers Up to And Including 12/19/07. (Related Document #: 122) Entered on 12/17/2007. (Myers, Sally) (Entered: 12/17/2007) |
| 12/17/2007 | 127 | Amended Motion Filed by Premium of America, LLC. Amended To Include Original Signature. NOTE: Original Motion Granted at DE #125.(Re: Related Document(s) #:121 Motion for Leave.) (Mathewes, Aimee) Modified on 12/19/2007 MODIFIED TO EDIT TEXT (Mathewes, Aimee). (Entered: 12/18/2007) |
| 12/17/2007 | 128 | Amended Motion Filed by Premium of America, LLC. Amended To Include Original Signature. NOTE: Original Motion Granted at DE #126.(Re: Related Document(s) #:122 Motion to Extend/Shorten Time.) (Mathewes, Aimee) Modified on 12/19/2007 MODIFIED TO EDIT TEXT (Mathewes, Aimee). (Entered: 12/18/2007) |
| 12/19/2007 | 129 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:125 Order on Motion for Leave) No. of Notices: 1. Service Date 12/19/2007. (Admin.) (Entered: 12/20/2007) |
| 12/19/2007 | 130 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:126 Order on Motion to Extend Time, ) No. of Notices: 4. Service Date 12/19/2007. (Admin.) (Entered: 12/20/2007) |
| 12/19/2007 | 131 | Motion to Dismiss the United States Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board of Managers Filed by Premium of America, LLC (Re: Related Document(s) #:115 Motion to Remove Professional.) (Attachments: # 1 Proposed Order) (Mathewes, Aimee) (Entered: 12/20/2007) |
| | | |

| | | |
|---|---|---|
| 01/07/2008 | 132 | Hearing Scheduled (Re: Related Document(s) #:131 Motion to Dismiss Motion of US Trustee to Remove CEO filed by Premium of America ) Hearing scheduled for 1/15/2008 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 01/07/2008) |
| 01/07/2008 | 133 | Opposition /*Response* Filed by W. Clarkson McDow Jr. (Re: Related Document(s) #:131 Motion to Dismiss/Strike/Withdraw Document,.) (xEarly2, Dennis) (Entered: 01/07/2008) |
| 01/09/2008 | 134 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:132 Hearing Scheduled) No. of Notices: 2. Service Date 01/09/2008. (Admin.) (Entered: 01/10/2008) |
| 01/11/2008 | 135 | Reply in Support of Motion to Dismiss the United States Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board of Mangagers Filed by Premium of America, LLC (Re: Related Document(s) #:133 Opposition, 131 Motion to Dismiss/Strike/Withdraw Document.) (Mathewes, Aimee) (Entered: 01/14/2008) |
| 01/15/2008 | 136 | Hearing Held (Re: Related Document(s) #:131 Motion to Dismiss The US Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board filed by Premium of America ) (Myers, Sally) (Entered: 01/15/2008) |
| 01/22/2008 | 137 | Order Denying Motion to Dismiss the US Trustee's Motion to Remove Chief Executive Officer and Chairman of the Board of Managers is Denied. (Related Document #: 131) Entered on 1/22/2008. (Re: Related Document(s) #:131 Motion to Dismiss.) (Myers, Sally) (Entered: 01/22/2008) |
| 01/23/2008 | 138 | Hearing Continued (Re: Related Document(s) #:115 Motion to Remove Professional/Chief Executive Officer and Chairman of the Board of Managers Filed by W. Clarkson McDow JR.) Hearing scheduled for 3/26/2008 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 01/23/2008) |
| 01/24/2008 | 139 | BNC Certificate of Mailing - PDF Document. (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:137 Order on Motion to Dismiss/Strike/Withdraw Document, ) No. of Notices: 7. Service Date 01/24/2008. (Admin.) (Entered: 01/25/2008) |
| 01/31/2008 | 140 | Motion for Leave to Appeal Filed by Premium of America, LLC (Attachments: # 1 Exhibit A# 2 Exhibit C# (3) Exhibit C part 1# (4) Exhibit C part 2# (5) Exhibit C part 3) (Mathewes, Aimee) Additional attachment(s) added on 2/4/2008 (Mathewes, Aimee). Modified on 2/4/2008 MODIFIED TO ADD ATTACHMENTS AND TO EDIT TEXT (Mathewes, Aimee). (Entered: 02/01/2008) |
| 01/31/2008 | 141 | Notice of Appeal to District Court. Fee Not Paid. Filed by Premium of America, LLC. (Re: Related Document(s) #:137 Order on Motion to Dismiss/Strike/Withdraw Document.) Appellant Designation due by 2/10/2008. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Mathewes, Aimee) Modified on 2/4/2008 MODIFIED TO EDIT ATTACHEMENTS AND EDIT TEXT (Mathewes, Aimee). (Entered: 02/01/2008) |
| 02/01/2008 | 142 | Certificate of Service Filed by the Clerk's Office. A Copy of the Notice of Appeal Has Been Mailed To: Dennis J. Early, Office of the U.S. Trustee, 115 S. Union Street, Suite 210, Plaza Level, Alexandria, VA 22314; Linda M. Correia, Webster, Fredrickson & Brackshaw, 1775 K Street, NW, Suite 600, Washington, DC 20006; Ira C. Rigger, 1501 Ivy Hill Road, Cockeysville, MD 21030; Michael G. Weber, CPA, 8015 Corporate Drive, Suite M, Baltimore, MD 21236; Thomas J. Dolina, 21 W. Susquehanna Avenue, Towson, MD 21204. (Re: Related Document(s) #:141 Notice of Appeal, .) (Mathewes, Aimee) (Entered: 02/01/2008) |
| 02/11/2008 | 143 | Objection *to Motion for Leave To Appeal* Filed by U. S. Trustee for Region Four 11 (Re: Related Document(s) #:140 Motion for Leave to Appeal,.) (xEarly2, Dennis) (Entered: 02/11/2008) |
| 02/12/2008 | 144 | Transmittal of Record on Appeal to District Court Filed by the Clerk's Office (Re: Related Document(s) #:141 Notice of Appeal.) (Mathewes, Aimee) (Entered: 02/12/2008) |

| 02/19/2008 | | Notice of Returned Mail For Premium Escrow Services, Inc.; Return to Sender, Attempted - Not Known, Unable to Forward. (Re: Related Document(s) #:137 Order on Motion to Dismiss/Strike/Withdraw Document) (Mathewes, Aimee) (Entered: 02/20/2008) |
|---|---|---|
| 02/20/2008 | 145 | Notice *of Deposition of Ira C. Rigger* Filed by Dennis J. xEarly2 on behalf of W. Clarkson McDow Jr.. (xEarly2, Dennis) (Entered: 02/20/2008) |
| 02/21/2008 | 146 | Receipt of Record on Appeal. District Court Case Number: 1:08-cv-00295. Case Assigned to Judge James Robertson. Filed by the Clerk's Office (Re: Related Document(s) #:141 Notice of Appeal.) (Mathewes, Aimee) (Entered: 02/21/2008) |
| 02/21/2008 | 147 | Reply in Support of Motion For Leave to Appeal Filed by Premium of America, LLC (Re: Related Document(s) #:143 Objection, 140 Motion for Leave to Appeal.) (Mathewes, Aimee) (Entered: 02/22/2008) |
| 02/22/2008 | | The Clerk's Office Has Transmitted the Reply to District Court Case 08-00295. (Re: Related Document(s) #:147 Reply.) (Mathewes, Aimee) (Entered: 02/22/2008) |
| 02/22/2008 | 148 | Transcript of Hearing Held 1/15/08 (Myers, Sally) (Entered: 02/22/2008) |

---

## PACER Service Center

### Transaction Receipt

| 02/22/2008 15:01:02 | | | |
|---|---|---|---|
| **PACER Login:** | us3871 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 02-02358 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |

| Billable Pages: | 14 | Cost: | 1.12 |
|---|---|---|---|

**I (a) PLAINTIFFS**

*IN RE: PREMIUM ESCROW SRVCS. INC.*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _11001_
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**DEFENDANTS**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-00295
Assigned To : Robertson, James
Assign. Date : 2/21/2008
Description: General Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A.** *Antitrust*

☐ 410 Antitrust

☐ **B.** *Personal Injury/*
*Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency*
*Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

☐ **D.** *Temporary Restraining*
*Order/Preliminary*
*Injunction*

**Any nature of suit from any category may
be selected for this category of case
assignment.**

*\*(If Antitrust, then A governs)\**

☒ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant)

☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of
Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt
Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if not
Administrative Agency Review
or Privacy Act)

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

Ⓧ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*BKCY APPEAL                    11: 8001*

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint

**JURY DEMAND:** ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

**DATE** *2.21.08*   **SIGNATURE OF ATTORNEY OF RECORD** *NCD*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001


NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT


In re: *PREMIUM ESCROW SERVICES, INC.*

Bankruptcy No. *02-2358*


YOU ARE HEREBY NOTIFIED that on the *21st* day of *February*, 20*08*, the appeal referred to above was entered on the docket and was assigned to Judge *ROBERTSON* and received the Civil Action No. *08-295 (JR)*.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action numbers.


NANCY MAYER-WHITTINGTON, CLERK

BY *Maureen Higgins*
Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.
*KEVIN D. ORR*
*DENNIS J. EARLY*