UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
In Re PREMIUM ESCROW SERVICES,   :
INC.                             :
                                 :
PREMIUM OF AMERICA, LLC,         :
                                 :
        Appellant,               :
                                 :
    v.                           :  Civil Action No. 08-0295 (JR)
                                 :
UNITED STATES TRUSTEE,           :
                                 :
        Appellee.                :
```

**NOTICE TO COUNSEL**

It appears from the record of the underlying bankruptcy case, No. 02-2358 [dkt #158], that the interlocutory appeal presented here is moot.  Counsel will TAKE NOTICE that, absent objection filed by 4/28/08, this case (if it is a case) will be dismissed on 4/30/08, by the Court sua sponte, as moot.  Counsel are ADVISED that this matter was presented on the docket of this Court in a most confusing way.  The only filing that bore any indication that it might require action was the motion of the United States Trustee to strike POA's reply [dkt #3].  The actual motion of POA for leave to appeal was not mentioned in the initial docket entry, and it could be accessed only by logging into the Bankruptcy Court docket through PACER.  The United States Trustee's objection to that motion was filed only in the

Bankruptcy Court's docket.  We can't decide what we don't recognize.


                                        JAMES ROBERTSON
                                   United States District Judge